# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROXANE C. JAMES  
8321 WATERVIEW ROAD   SSN-xxx-xx-8016  
MACHESNEY PARK, IL  61115

Case Number: 04-70175

Case filed on: 1/13/2004  
Plan Confirmed on: 8/6/2004

D Dismissed

Total funds received and disbursed pursuant to the plan: $18,824.94       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | ROXANE C. JAMES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ALPINE BANK | 2,625.88 | 2,625.88 | 2,625.88 | 0.00 |
| 002 | ALPINE BANK | 9,000.00 | 9,000.00 | 9,000.00 | 1,500.69 |
|  | Total Secured | 11,625.88 | 11,625.88 | 11,625.88 | 1,500.69 |
| 002 | ALPINE BANK | 3,329.60 | 3,329.60 | 369.91 | 0.00 |
| 003 | ACT MEDICAL GROUP | 353.00 | 353.00 | 39.22 | 0.00 |
| 004 | ADVANCED CARE TREATMENT SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AFFILIATED SURGEONS OF ROCKFORD | 45.94 | 45.94 | 5.10 | 0.00 |
| 006 | CRUSADER CLINIC | 31.50 | 31.50 | 3.50 | 0.00 |
| 007 | MAYO MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NCO FINANCIAL SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PRA III LLC/MBNA AMERICA BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ROCKFORD HEALTH SYSTEMS/ | 274.00 | 274.00 | 30.44 | 0.00 |
| 011 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | WELLS FARGO FINANCIAL | 684.49 | 684.49 | 76.04 | 0.00 |
| 014 | ALPINE BANK | 507.41 | 507.41 | 56.37 | 0.00 |
| 015 | PORTFOLIO RECOVERY ASSOCIATES | 21,522.81 | 21,522.81 | 2,391.09 | 0.00 |
|  | Total Unsecured | 26,748.75 | 26,748.75 | 2,971.67 | 0.00 |
|  | Grand Total: | 39,738.63 | 39,738.63 | 15,961.55 | 1,500.69 |

Total Paid Claimant:     $17,462.24  
Trustee Allowance:       $1,362.70  
Percent Paid Unsecured:      11.11

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007           By  /s/Heather M. Fagan